UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAIYEE AHMED, | No. C 13-4282 JCS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| BRIAN DUFFY, and JEFFERY BEARD, | |
| Defendants. | |

This federal civil rights action, in which plaintiff challenges actions taken or to be taken by his jailors at California Medical Facility in Vacaville, is TRANSFERRED to the Eastern District of California because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant resides, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: October 2, 2013

JOSEPH C. SPERO
United States Magistrate Judge

No. C 13-4282 JCS (PR)
ORDER OF TRANSFER